Amended Distribution                                                                                           Page 1 of 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Case Number: 16-30340 | | | | | | | | Date: November 16, 2018 |
| Debtor Name: June W Calhoun | | | | | | | | Amended DISTRIBUTION |

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $92.79 |
| | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | 100 | $1,313.61 | $1,313.61 | $0.00 | $0.00 | $92.79 |
| | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | 100 | $16.55 | $16.55 | $0.00 | $0.00 | $92.79 |
| Subtotals for Class Administrative 100.00% | | | | $1,330.16 | $1,330.16 | $0.00 | $0.00 | |
| 1 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | 300 | $5,606.66 | $520.22 | $5,086.44 | $11.54 | $81.25 |
| 2 | Sba<br>801 Tom Martin Driver<br>Birmingham Al 35211 | Unsecured | 300 | $28,936.10 | $2,684.88 | $26,251.22 | $59.55 | $21.70 |
| 3 | Comenity Capital Bank<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, Wa 98121 | Unsecured | 300 | $3,209.28 | $297.78 | $2,911.50 | $6.60 | $15.10 |
| 4 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | 300 | $4,631.50 | $429.74 | $4,201.76 | $9.53 | $5.57 |
| 5 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | 300 | $757.65 | $70.30 | $687.35 | $1.56 | $4.01 |
| 6 | U.S. Bank National Association<br>Bankruptcy Department<br>Po Box 108<br>St. Louis Mo 63166-0108 | Unsecured | 300 | $1,942.43 | $180.23 | $1,762.20 | $4.01 | $0.00 |
| 7 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Unsecured | 300 | $1,000.00 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| Subtotals for Class Unsecured 9.28% | | | | $46,083.62 | $4,183.15 | $41,900.47 | $92.79 | |
| | Totals | | | $47,413.78 | $5,513.31 | $41,900.47 | $92.79 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

**TRUSTEE'S CERTIFICATION OF ACCURACY**
AMENDED DISTRIBUTION REPORT DATED NOVEMBER 16, 2018
I, ZANE L. ZIELINSKI, TRUSTEE OF THE ESTATE OF JUNE W. CALHOUN HEREBY CERTIFY THAT THE INFORMATION CONTAINED IN THE ABOVE AMENDED DISTRIBUTION REPORT IS TURE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AS OF NOVEMBER 16, 2018.
DATE: NOVEMBER 16, 2018
TRUSTEE'S SIGNATURE: _____

Date Printed 11/16/2018 6:35:47 PM