# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| June W Calhoun | § | Case No. 16-30340 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 452,115.00                      Assets Exempt: 21,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,275.94        Claims Discharged
                                                  Without Payment: 40,807.68

Total Expenses of Administration: 1,360.16

---

3) Total gross receipts of $ 5,636.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,636.10 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,360.16 | 1,360.16 | 1,360.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,138.96 | 46,083.62 | 46,083.62 | 4,275.94 |
| **TOTAL DISBURSEMENTS** | $ 17,138.96 | $ 47,443.78 | $ 47,443.78 | $ 5,636.10 |

4) This case was originally filed under chapter 7 on 09/23/2016 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2019     By:/s/Zane L. Zielinski, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent from Section 8 Lease | 1122-000 | 5,636.10 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,636.10** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,313.61 | 1,313.61 | 1,313.61 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 16.55 | 16.55 | 16.55 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,360.16 | $ 1,360.16 | $ 1,360.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bmo Harris Bank N.A. | 7100-000 | 800.00 | 1,000.00 | 1,000.00 | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 4,677.50 | 4,631.50 | 4,631.50 | 439.27 |
| 3 | Comenity Capital Bank | 7100-000 | 3,242.70 | 3,209.28 | 3,209.28 | 304.38 |
| 1 | Discover Bank | 7100-000 | 5,606.76 | 5,606.66 | 5,606.66 | 531.76 |
| 2 | Sba | 7100-000 | NA | 28,936.10 | 28,936.10 | 2,744.43 |
| 5 | Capital One, N.A. | 7100-001 | 800.00 | 757.65 | 757.65 | 71.86 |
| 6 | U.S. Bank National Association | 7100-001 | 2,012.00 | 1,942.43 | 1,942.43 | 184.24 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,138.96 | $ 46,083.62 | $ 46,083.62 | $ 4,275.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30340 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | June W Calhoun | | | | Date Filed (f) or Converted (c): | 09/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | 11/10/2016 |
| For Period Ending: | 02/08/2019 | | | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7240 Virginia Court, Frankfort, IL | 328,000.00 | 0.00 | | 0.00 | FA |
| 2. 16961 Kedzie Avenue, Chicago, IL 60429 | 114,467.00 | 0.00 | | 0.00 | FA |
| 3. 2013 JX35 Infinity | 23,348.00 | 0.00 | | 0.00 | FA |
| 4. Household goods - dining room set, living room set, bedroom | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wardrobe | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 8. Checking Account - BOA | 0.00 | 0.00 | | 0.00 | FA |
| 9. Checking - BMO Harris | 0.00 | 0.00 | | 0.00 | FA |
| 10. TSP Thrift Savings Plan | 300.00 | 0.00 | | 0.00 | FA |
| 11. Roth | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. Security Deposits and prepayments s- 16961 Kedzie Avenue, Ha | 1,300.00 | 0.00 | | 0.00 | FA |
| 13. 2016 Tax Refund (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Rent from Section 8 Lease | 0.00 | 5,636.00 | | 5,636.10 | FA |
| 15. 4 tvs, 1 computer, 1 cell phone | Unknown | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $473,515.00 | $5,636.00 | | $5,636.10 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received funds returned by the state of illinois, and is preparing supplemental distribution.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

RE PROP #      15   --   This was listed without any value on the schedules.

Initial Projected Date of Final Report (TFR): 11/30/2017        Current Projected Date of Final Report (TFR): 11/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 16-30340 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | June W Calhoun | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1775 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3807 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/08/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | 14 | June Wallace Calhoun | Rent Payment | 1122-000 | $939.35 | | $939.35 |
| 08/02/17 | 14 | June W. Calhoun<br>Bank of America Cashier's Check | Rent Payment | 1122-000 | $939.35 | | $1,878.70 |
| 09/05/17 | 14 | June Calhoun<br>Cashier's Check<br>Bank of America | Rent Payment | 1122-000 | $939.35 | | $2,818.05 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,808.05 |
| 10/02/17 | 14 | June Calhoun<br>BMO Harris Cashier's Check | Rent Payment | 1122-000 | $939.35 | | $3,747.40 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,737.40 |
| 11/02/17 | 14 | June Calhoun<br>Bank of America Cashier's Check | Rent Payments | 1122-000 | $939.35 | | $4,676.75 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,666.75 |
| 12/04/17 | 14 | June Calhoun<br>Bank of America Cashier's Check | Rent Payment | 1122-000 | $939.35 | | $5,606.10 |
| 04/25/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,330.16 | $4,275.94 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,313.61) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($16.55) | 2200-000 | | |
| 04/25/18 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 9.28 % per court order. | 7100-000 | | $520.22 | $3,755.72 |

Page Subtotals:  $5,636.10  $1,880.38

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30340 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: June W Calhoun | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1775 |
| | Checking |
| Taxpayer ID No: XX-XXX3807 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/18 | 5003 | Sba<br>801 Tom Martin Driver<br>Birmingham Al 35211 | Final distribution to claim 2 representing a payment of 9.28 % per court order. | 7100-000 | | $2,684.88 | $1,070.84 |
| 04/25/18 | 5004 | Comenity Capital Bank<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, Wa 98121 | Final distribution to claim 3 representing a payment of 9.28 % per court order. | 7100-000 | | $297.78 | $773.06 |
| 04/25/18 | 5005 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 9.28 % per court order. | 7100-000 | | $429.74 | $343.32 |
| 04/25/18 | 5006 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 9.28 % per court order. | 7100-000 | | $70.30 | $273.02 |
| 04/25/18 | 5007 | U.S. Bank National Association<br>Bankruptcy Department<br>Po Box 108<br>St. Louis Mo 63166-0108 | Final distribution to claim 6 representing a payment of 9.28 % per court order. | 7100-000 | | $180.23 | $92.79 |
| 04/25/18 | 5008 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Final distribution to claim 7 representing a payment of 9.28 % per court order. | 7100-000 | | $92.79 | $0.00 |
| 05/31/18 | 5008 | Bmo Harris Bank N.A.<br>Po Box 2035<br>Milwaukee, Wi 53201 | Final distribution to claim 7 representing a payment of 9.28 % per court order. Reversal Check returned by the Creditor | 7100-000 | | ($92.79) | $92.79 |
| 11/27/18 | 5009 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 creditor account # representing a payment of 0.21 % per court order. | 7100-000 | | $11.54 | $81.25 |
| 11/27/18 | 5010 | Sba<br>801 Tom Martin Driver<br>Birmingham Al 35211 | Final distribution to claim 2 creditor account # representing a payment of 0.21 % per court order. | 7100-000 | | $59.55 | $21.70 |
| 11/27/18 | 5011 | Comenity Capital Bank<br>C/O Weinstein & Riley P.S.<br>2001 Western Ave Ste. 400<br>Seattle, Wa 98121 | Final distribution to claim 3 creditor account # representing a payment of 0.21 % per court order. | 7100-000 | | $6.60 | $15.10 |

Page Subtotals:  $0.00    $3,740.62

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-30340 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: June W Calhoun | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1775 |
| | Checking |
| Taxpayer ID No: XX-XXX3807 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/08/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/18 | 5012 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 creditor account # representing a payment of 0.21 % per court order. | 7100-000 | | $9.53 | $5.57 |
| 11/27/18 | 5013 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $5.57 | $0.00 |
| | | Capital One, N.A. | Final distribution to claim 5 creditor account # representing a payment of 0.21 % per court order. ($1.56) | 7100-001 | | | |
| | | U.S. Bank National Association | Final distribution to claim 6 creditor account # representing a payment of 0.21 % per court order. ($4.01) | 7100-001 | | | |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $5,636.10 | $5,636.10 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $5,636.10 | $5,636.10 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $5,636.10 | $5,636.10 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1775 - Checking | $5,636.10 | $5,636.10 | $0.00 |
|  | $5,636.10 | $5,636.10 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $5,636.10 |
| **Total Gross Receipts:** | $5,636.10 |

Page Subtotals:　　　　　　$0.00　　　$0.00